UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINH THAI NGUYEN, | Case No. 5:26-cv-01477-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, Adelanto ICE Detention Center, | |
| Respondent. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that Petitioner's first amended petition for writ of habeas corpus (ECF 7) is granted, and Petitioner's immediate release from immigration custody is ordered.

DATED: April 13, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE